Heather **WIDMAN**, Appellant,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY,**
Respondent.

**No. WD 64247.**

Missouri Court of Appeals,
Western District.

May 24, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 28, 2005.

Phillip A. Burdick, St. Joseph, appellant.

Matthew F. Mulhern, Kansas City, respondent.

Before JAMES M. SMART, JR., P.J., RONALD R. HOLLIGER, and LISA WHITE HARDWICK, JJ.

*Order*

PER CURIAM.

Heather Widman appeals from the trial court's grant of summary judgment in favor of American Family Mutual Insurance Company. Widman, a resident of Minnesota, brought an action to recover underinsured motorist benefits from American Family for injuries she suffered in a car accident in Missouri. American Family's summary judgment motion claimed that choice of law rules required the application of Minnesota law and that a Minnesota statute barred recovery against American Family.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).